1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    MARILYN Y. TILLMAN-CONERLY,              No.  2:22-cv-01617 DAD AC

11                    Plaintiff,

12         v.                                  ORDER TO SHOW CAUSE

13    UNITED STATES OFFICE OF
      PERSONNEL MANAGEMENT and
14    LAVERNE WATSON,

15                    Defendants.

16

17         Plaintiff, appearing in pro se, filed a complaint and paid the filing fee on September 15,

18    2022.  ECF No. 1.  The next day, a summons and scheduling order was issued in this case

19    ordering the plaintiff to serve a copy of the scheduling order and complete service of process

20    within 90 days of filing the complaint.  ECF Nos. 3, 4.  Plaintiff was cautioned that failure to

21    complete service within 90 days may result in dismissal pursuant to Fed. R. Civ. P. 40(m).  Id.

22    On November 14, 2022 and November 17, 2022, plaintiff filed three proofs of service.  The first

23    two indicated that defendant Laverne Watson and an individual named Kiran Ahuja were served

24    via substitute service at 1900 E. St., NW, in Washington DC (U.S. OPM office).  ECF Nos. 5, 6.

25    The third indicated that the U.S. Attorney General was served via substitute service at 601 D. St

26    NW in Washington DC.  ECF No. 7.  No defendants have appeared.

27         Plaintiff's proofs of service indicate that service on defendants was not effective.

28    Defendant Watson, per the complaint, is an employee of US OPM.  ECF No. 1 at 2.  It is not clear

                                            1

who Kiran Ahuja is.  Federal Rule of Civil Procedure 4(i) outlines the rule for serving the United

States, as well as its agencies and employees.  The Rule requires a plaintiff to take three steps:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

Fed. R. Civ. P. 4(i).  The Attorney General has designated the Assistant Attorney General for

Administration, Justice Management Division, to accept service of summonses and complaints.

28 C.F.R. § 0.77(j).  The U.S. Department of Justice is located at 950 Pennsylvania Avenue, NW,

Washington, DC 20530-0001.

It is apparent the plaintiff has not followed the instructions in Rule 4(i).  Thus, plaintiff is

ORDERED to properly complete service.  Plaintiff must file a notice with the court affirming that

service has been properly completed.  Local Rule 110 provides that failure to comply with court

orders or the Local Rules may be grounds for imposition of any and all sanctions authorized by

statute or Rule or within the inherent power of the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than April 10, 2023, why this action should not be dismissed for failure to prosecute;

2. Plaintiff's filing of proper proofs of service upon defendants will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed without prejudice for failure to prosecute.

DATED: March 13, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2