UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN Y. TILLMAN-CONERLY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT, et al.,<br><br>Defendants. | No. 2:22-cv-01617-DAD-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISIMSS<br><br>(Doc. Nos. 10, 16) |

Plaintiff Marilyn Y. Tillman-Conerly, proceeding *pro se*, initiated this civil action on September 15, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2023, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss this action due to a lack of subject matter jurisdiction (Doc. No. 10) be granted and that this action be dismissed without leave to amend. (Doc. No. 16.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 5.) On July 20, 2023, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 17.) Defendants filed a response thereto on August 2, 2023, but they did not file objections of their own. (Doc. No. 18.)

/////

1

In her objections, plaintiff does not meaningfully address the analysis in the findings and recommendations. Rather, plaintiff merely restates the arguments that she had presented in her opposition to defendants' motion to dismiss (Doc. No. 12). (Doc. No. 17.) But those arguments have already been thoroughly addressed and properly rejected in the findings and recommendations. Thus, plaintiff's objections do not provide any basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections and defendants' response, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 29, 2023 (Doc. No. 16) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 10) is granted;
3. This action is dismissed due to a lack of subject matter jurisdiction; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 4, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE